Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

9th Cir. No. [____]

Case Name: [____] v. [____]

The Clerk will enter my appearance as counsel on behalf of: [____]

☐ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Appellant/Cross-Appellee
☐ Appellee    ☐ Respondent   ☐ Intervenor      ☐ Appellee/Cross-Appellant

Lead counsel must be designated if a party is represented by more than one attorney or law firm.
☐ Check if you are lead counsel

☐ (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm)

I am replacing (name of counsel): [____]

Signature [____]
Date [____]
Name [____]
Address [____]
[____]
City [____]   State [____]   Zip Code [____]
Phone Number (for ex., 4153558000) [____]