UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 03 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE,<br><br>        Defendant - Appellant. | No. 13-16480<br><br>San Francisco No. 3:12-cv-03683-THE<br>Northern District of California<br><br>ORDER |

    The court has determined that this appeal will not be selected for inclusion in the Mediation Program.

               FOR THE COURT

               By: Stephen Liacouras
               Circuit Mediator

SL/Mediation